| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| **v.** | * | **OF MARYLAND** |
| | * | **Misc. Docket AG No. 13 September Term, 2020** |
| | * | |
| **TIMOTHY J. MURPHY** | | **(No. C-08-CV-20-000373, Circuit Court for Charles County)** |
| | * | |

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Timothy J. Murphy, it is this 4th day of November, 2020

**ORDERED,** by the Court of Appeals of Maryland, that effective January 1, 2021, the Respondent, Timothy J. Murphy, be disbarred from the practice of law in the State of Maryland for violation of Rules 1.1 (competence), 1.3 (diligence), 1.4 (communication), 1.5 (fees), 1.15 (safekeeping property), 1.16 (declining or terminating representation), 8.1 (bar admission and disciplinary matters), and 8.4 (a), (c), and (d) (misconduct) of the Maryland Rules of Professional Conduct, and it is further

**ORDERED**, that, on January 1, 2021, the Clerk of this Court shall strike the name of Timothy J. Murphy from the register of attorneys in this Court,  and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk